**SO ORDERED**



**JAMES F. SCHNEIDER**
**U. S. BANKRUPTCY JUDGE**

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In Re: | * |
| **Helena Robinson**, | Case No: 05-28819 |
| | * Chapter 13 |
| Debtor. | |

\* \* \* \* \* \* \* \* \* \* \* \*

**Helena Robinson**,            *

    Movant,

vs                             *

**Ford Motor Credit Company,** *

    Respondent.

                                                \*

SERVE ON:
The Corporation Trust Incorporated            *
300 E Lombard
Baltimore MD 21202                           *

\* \* \* \* \* \* \* \* \* \* \* \*

### ORDER GRANTING MOTION TO VALUE COLLATERAL
### AND AVOID SECURITY INTEREST

    Upon consideration of the Debtor/Movant's Motion To Determine Secured Status, grounds being stated, and any response thereto, and after notice and opportunity for hearing, it is:

    ORDERED, that the value of the collateral securing Respondent's claim is $5,075.00; and it is further

    ORDERED, that to the extent Respondent's claim exceeds the value of its collateral, it is unsecured; and it is further

ORDERED, that as such time as a discharge Order is entered in this case pursuant to 11 U.S.C. § 1328, the lien held in favor of Respondent on the property described below is void to the extent of Respondent's unsecured claim:

    1998 Ford Explorer

and it is further

ORDERED, that the claim of Respondent herein shall be treated under debtor's plan as an allowed secured claim in an amount not to exceed the value of Respondent's collateral of $5,075.00, at 7.5% interest, and as an allowed, general unsecured claim for the balance.

IT IS SO ORDERED

cc
Office of U.S. Trustee
Chapter 13 Trustee
Debtor's attorney
Ford Motor Credit Company
The Corporation Trust Incorporated

**END OF ORDER**
**2 OF 2**